NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COMPENDIUM INTERNATIONAL, INC.,**
*Appellant*

**v.**

**ATTORNEY GENERAL OF THE DEPARTMENT OF JUSTICE,**
*Appellee*

---

2024-1217

---

Appeal from the Civilian Board of Contract Appeals in No. 6743, Administrative Judge Erica S. Beardsley, Administrative Judge Harold D. Lester, Jr, Administrative Judge Joseph A. Vergilio.

---

## JUDGMENT

---

MARK DAVID JOHNSON, Offit Kurman, PA, Los Angeles, CA, argued for appellant.

ANNE DELMARE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by MARTIN F. HOCKEY, JR., PATRICIA M. MCCARTHY, BRETT SHUMATE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, LINN, and STARK, *Circuit Judges*).
**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 5, 2025
Date

Jarrett B. Perlow
Clerk of Court